IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND McCAIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 05-0615-WS-B |
| | ) |
| **LEXINGTON INSURANCE** | ) |
| **COMPANY**, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Joint Stipulation for Dismissal (doc. 11) filed by all parties, including plaintiff Raymond McCain, defendant Lexington Insurance Company, and defendant Ben Castleberry, d/b/a Ben Castleberry & Associates. In accordance with the Stipulation, which is signed by all parties, it is **ordered** that plaintiff's claims against defendant Ben Castleberry, d/b/a Ben Castleberry & Associates, are hereby **dismissed with prejudice**, each party to bear his or its own costs, pursuant to Rule 41(a)(1), Fed.R.Civ.P. In light of this development, defendant Lexington's Motion to Dismiss Plaintiff's Claims Against Defendant Ben Castleberry (doc. 3), which the Court converted to a summary judgment motion via Order (doc. 10) dated November 17, 2005, is **moot** and all briefing deadlines pertaining to same are **terminated**. This action will proceed as between plaintiff Raymond McCain and defendant Lexington Insurance Company.

DONE and ORDERED this 9th day of December, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE